*In re* SEASIDE & B. B. EL. R. Co.

*(Supreme Court, General Term, Second Department.* July 2, 1891.)

No opinion. Order confirming report of commissioners granted.

---

ADAMS *v.* LAMSON CONSOLIDATED STORE-SERVICE CO.

*(Supreme Court, General Term, Third Department.* May 21, 1891.)

No opinion. Motion to go to the court of appeals denied. See 13 N. Y. Supp. 118.

---

STEVENS *et al.*, Appellants, *v.* UNION TRUST Co. *et al.*, Respondents.

*(Supreme Court, General Term, Third Department.* May 21, 1891.)

No opinion. Order modified by denying motion to make petitioners defendants, but requiring plaintiffs to serve on their attorney notice of application for judgment or of discontinuance or other disposition of the case in like manner as if they were parties, and without prejudice to a renewal of this application. No costs to either party. See 11 N. Y. Supp. 268.

---

PEOPLE *ex rel.* WHITE, Appellant, *v.* BOARD OF SUP'RS OF CLINTON COUNTY, Respondent.

*(Supreme Court, General Term, Third Department.* May 21, 1891.)

No opinion. Order affirmed, with $10 costs and printing disbursements

---

VOSBURGH, Respondent, *v.* KEMP *et al.*, Appellants.

*(Supreme Court, General Term, Third Department.* May 21, 1891.)

Action by Cornell Vosburgh against Peter G. Kemp and others.

No opinion. Judgment affirmed, with costs.

---

MCGOVERN, Respondent, *v.* CENTRAL VT. R. Co., Appellant.

*(Supreme Court, General Term, Third Department.* May 21, 1891.)

No opinion. Judgment and order affirmed, with costs. See 6 N. Y. Supp. 838.

---

PEOPLE *ex rel.* TROY PRESS Co., Appellant, *v.* COMMON COUNCIL OF CITY OF TROY *et al.*, Respondents.

*(Supreme Court, General Term, Third Department.* May 21, 1891.)

No opinion. Proceedings reversed, with $50 costs and disbursements personally against the 14 aldermen who voted for the designation.